IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA S. STAFFORD                                                      PLAINTIFF

vs.                            NO. 4:04CV00870-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 8th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE